**Fill in this information to identify the case:**

Debtor Name __Crossroads Mortuary Services, LLC__

United States Bankruptcy Court for the: Southern District of Texas

Case number: __24-60028__

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

| | | |
|---|---|---|
| Month: __September 2024__ | Date report filed: | __10/21/2024__ <br> MM / DD / YYYY |
| Line of business: __Mortuary Service__ | NAISC code: | __8122__ |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Charles Hauboldt, III

Original signature of responsible party

Printed name of responsible party _Charles Hauboldt, II_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Crossroads Mortuary Services, LLC          Case number 24-60028

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                              $ 2448.80

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                              $ 14,194.40

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                           – $ 14,266.48

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                     + $ (72.08)
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                           = $ 2376.72

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                       $ 5214.39

    *(Exhibit E)*

Debtor Name  Crossroads Mortuary Services, LLC          Case number 24-60028

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                  $   61,096.30

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        11

27. What is the number of employees as of the date of this monthly report?           11

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $   0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $   0.00

30. How much have you paid this month in other professional fees?                                   $   0.00

31. How much have you paid in total other professional fees since filing the case?                  $   0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Projected** | − **Actual** | = **Difference** |
| | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 26,800.00 | − $ 14,194.40 | = $ 12,605.20 |
| 33. **Cash disbursements** | $ 23,900..00 | − $ 14,266.48 | = $ 9,633.52 |
| 34. **Net cash flow** | $ 2900.00 | − $ 72.08 | = $ 2827.92 |

35. Total projected cash receipts for the next month:                              $   26800.00

36. Total projected cash disbursements for the next month:                       − $   23900.00

37. Total projected net cash flow for the next month:                            = $   2900.00

Debtor Name **Crossroads Mortuary Services, LLC**          Case number **24-60028**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print     Save As...     Reset

Crossroads Mortuary Service - Exhibit C  September 2024

| | | | | |
|---|---|---|---|---|
| 9/3/24 | Deposit | Lavaca County | $ | 519.80 |
| 9/10/24 | Deposit | Victoria County | $ | 175.00 |
| 9/13/24 | Deposit | Grace Funeral Home | $ | 2,500.00 |
| 9/13/24 | Deposit | Victoria County, Angel Lucy, Oaklawn, Freund | $ | 2,000.00 |
| 9/13/24 | Transfer | Grace Memorial Chapel | $ | 2,000.00 |
| 9/13/24 | Wire Transfer | Payroll Wire | | |
| 9/16/2024 | Deposit | Trevino, Ganado, Slavik, Freund, Victoria Co. | $ | 2,840.00 |
| 9/17/24 | Deposit | Oaklawn & Seydler-Hill FH | $ | 630.00 |
| 9/18/24 | Deposit | Seydler-Hill & O'Bannon FH | $ | 1,095.00 |
| 9/23/24 | Deposit | Angel Lucy FH | $ | 300.00 |
| 9/25/24 | Deposit | Victoria County | $ | 669.80 |
| 9/25/24 | Deposit | Harris Family Mortuary | $ | 315.00 |
| 9/26/24 | Deposit | Lavaca County | $ | 519.80 |
| 9/27/24 | Deposit | Slavik & Ganado FH's | $ | 630.00 |
| | | | | |
| | | | | |

Crossroads Mortuary Service - Exhibit D September 2024

| | | | | |
|---|---|---|---|---|
| | | | | |
| 9/3/24 | Debit | Speedy Stop | $ | 35.87 |
| 9/3/24 | Debit | Shell Service Station | $ | 54.87 |
| 9/3/24 | Debit | Speedy Stop | $ | 41.13 |
| 9/4/24 | Debit | FTRMA | $ | 104.96 |
| 9/4/24 | Debit | Speedy Stop | $ | 51.38 |
| 9/5/24 | Debit | Speedy Stop | $ | 42.52 |
| 9/5/24 | Debit | Speedy Stop | $ | 39.19 |
| 9/5/24 | Debit | Speedy Stop | $ | 31.50 |
| 9/5/24 | Debit | Speedy Stop | $ | 23.50 |
| 9/6/24 | Debit | 5 Points Stop | $ | 40.81 |
| 9/9/24 | Debit | Speedy Stop | $ | 38.74 |
| 9/9/24 | Debit | Speedy Stop | $ | 46.51 |
| 9/9/24 | Debit | Speedy Stop | $ | 34.95 |
| 9/10/24 | Debit | Speedy Stop | $ | 45.15 |
| 9/11/24 | Debit | Speedy Stop | $ | 44.86 |
| 9/12/24 | Debit | Speedy Stop | $ | 50.68 |
| 9/13/24 | Wire Transfer | BambooHR | $ | 7,231.48 |
| 9/13/24 | Debit | Dollar Tree | $ | 3.79 |
| 9/13/24 | Debit | Amazon | $ | 16.00 |
| 9/13/24 | Debit | Speedy Stop | $ | 39.81 |
| 9/16/24 | Debit | Chick-Fil-A | $ | 8.43 |
| 9/16/24 | Debit | Bucee's | $ | 28.51 |
| 9/16/24 | Debit | Lone Star Car Wash | $ | 10.00 |
| 9/16/24 | Debit | Speedy Stop | $ | 52.36 |
| 9/16/24 | Debit | Speedy Stop | $ | 36.46 |
| 9/16/24 | Debit | Speedy Stop | $ | 7.98 |
| 9/16/24 | CK5018 | Grace Funeral Home | $ | 1,500.00 |
| 9/17/24 | Debit | Speedy Stop | $ | 36.77 |
| 9/18/24 | Debit | Speedy Stop | $ | 16.75 |
| 9/19/24 | Debit | Speedy Stop | $ | 49.25 |
| 9/19/24 | Debit | Speedy Stop | $ | 42.50 |
| 9/19/24 | Debit | Shell Service Station | $ | 21.27 |
| 9/19/24 | Zelle | Silvia Mayer | $ | 2,000.00 |
| 9/20/24 | ACH | Arlo Technologies | $ | 13.85 |
| 9/20/24 | Debit | Walmart | $ | 112.18 |
| 9/20/24 | Debit | Speedy Stop | $ | 40.41 |
| 9/23/24 | Debit | GEXA Energy | $ | 356.79 |
| 9/23/24 | Debit | Speedy Stop | $ | 24.32 |
| 9/23/24 | Debit | Speedy Stop | $ | 36.05 |
| 9/23/24 | Debit | Speedy Stop | $ | 44.34 |
| 9/24/24 | Debit | Speedy Stop | $ | 40.78 |
| 9/24/24 | Debit | Speedy Stop | $ | 36.37 |
| 9/26/24 | Debit | Optimum | $ | 304.97 |
| 9/26/24 | Debit | CSC Servicework | $ | 2.50 |
| 9/26/24 | Debit | Speedy Stop | $ | 39.25 |

| | | | | |
|---|---|---|---|---|
| 9/26/24 | Debit | Discount Tire | $ | 29.23 |
| 9/27/24 | Debit | Amazon | $ | 41.61 |
| 9/27/24 | Debit | CSC Servicework | $ | 2.50 |
| 9/27/24 | Debit | Speedy Stop | $ | 36.77 |
| 9/30/24 | Debit | Speedy Stop | $ | 46.37 |
| 9/30/24 | Debit | Speedy Stop | $ | 47.35 |
| 9/30/24 | Debit | Dollar Tree | $ | 55.22 |
| 9/30/24 | ACH | The Hartford | $ | 1,127.64 |

| CARAWAY PLUMBING | 51688 | 9/27/24 | 9/27/24 | $ | 284.16 | $ | 284.16 |
| FDR | 32451 | 9/25/24 | 10/5/24 | $ | 500.00 | $ | 500.00 |
| STERICYCLE | 8008400688 | 9/18/24 | 10/18/24 | $ | 413.61 | $ | 413.61 |
| VRA | LATE FEE | 9/1/24 | 9/1/24 | $ | 540.00 | $ | 540.00 |
| VRA | 92324 | 9/23/24 | 10/1/24 | $ | 3,368.00 | $ | 3,368.00 |
| VRA | 92024 | 9/20/24 | 10/1/24 | $ | 108.62 | $ | 108.62 |

# Crossroads Mortuary Services
## A/R Aging Summary
### As of October 21, 2024

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| Alaniz Funeral Home | | | | | 400.00 | 400.00 |
| Angel Lucy's Funeral Home | | | | | 5,000.00 | 5,000.00 |
| Anniston Funeral Services | | | | | 845.00 | 845.00 |
| Barefield Funeral Home | | | | | 645.00 | 645.00 |
| Colonial Funeral Home | | | | | 750.00 | 750.00 |
| Cook-Butler Funeral Home | | | | | 600.00 | 600.00 |
| Del Valle | | | | | 1,300.00 | 1,300.00 |
| Earthman SouthWest Funeral Home | | | | | 266.20 | 266.20 |
| Eckols Funeral Home | | | | | 1,425.00 | 1,425.00 |
| Eternal Rest | | | | | 600.00 | 600.00 |
| Finch - Nixion | | | | | 623.95 | 623.95 |
| Finch - YORKTOWN | 315.00 | | | | 1,120.00 | 1,435.00 |
| Forest Hill Funeral Home | | | | | 1,117.00 | 1,117.00 |
| Freund Funeral Home | 630.00 | 630.00 | 315.00 | | 405.00 | 1,980.00 |
| Funeraria Santo Cristo de la Salud | | | | | 1,863.00 | 1,863.00 |
| Ganado Funeral Home | 315.00 | 1,100.00 | | | 175.00 | 1,590.00 |
| Global Mortuary Affairs | | | | | 1,075.00 | 1,075.00 |
| Heavens Gate Funeral Home | | | | | 905.50 | 905.50 |
| Houston Service Center | | | | | 200.00 | 200.00 |
| Hubbard Funeral Home | | | 295.00 | | 4,588.40 | 4,883.40 |
| Hughes Family Tribute Center | | | | | 1,066.10 | 1,066.10 |
| Judge Hallie Hall | | | | | 0.00 | 0.00 |
| Judge Herman Roe | 190.00 | | | | 175.00 | 365.00 |
| Judge John Miller JP4 | 669.80 | 1,036.10 | | | | 1,705.90 |
| Judge Mary Rivera JP1 | 380.00 | 1,772.20 | 150.00 | | 395.00 | 2,697.20 |
| Judge Robert Whitaker JP3 | 1,339.60 | 519.80 | | | 175.00 | 2,034.40 |
| Judge Rodney Durham JP2 | | 450.00 | | | 1,075.00 | 1,525.00 |
| Kingsville Memioral Funeral Home | | | | | 250.00 | 250.00 |
| Laycock-Hobbs Funeral Home | | | | | 1,121.00 | 1,121.00 |
| Legacy Funeral Group | | | | | 1,448.00 | 1,448.00 |
| Legends Funeral Services, LLC. | | | | | -100.00 | -100.00 |
| Massey Funeral Home | | | | | 900.00 | 900.00 |
| Mission Park Funeral Chapels South | | | | | 545.00 | 545.00 |
| Mowery Funeral Services | | | | | 470.00 | 470.00 |
| Nalley-Pickle & Welch Funeral Home | | | | | 0.00 | 0.00 |
| National Cremation Service | | | | | 670.00 | 670.00 |
| Oaklawn Funeral Home | 590.00 | 940.00 | | | 345.00 | 1,875.00 |
| Pellerin Funeral Home | | | | | 1,353.00 | 1,353.00 |
| Ramirez Salinas Funeral Home | | | | | 555.00 | 555.00 |
| Restland Funeral Home | | | | | 1,156.20 | 1,156.20 |
| Rhodes Funeral Home | | | | | 1,688.75 | 1,688.75 |
| Richardson-Colonial Funeral Home | | | | | 175.00 | 175.00 |
| Rodney F Byrd Funeral Directors | | | | | 175.00 | 175.00 |
| Rosewood Funeral Chapel | | | | | 175.00 | 175.00 |
| Servicios Funeraria Camino De Luz | | 1,350.00 | | | | 1,350.00 |

| | | | | | |
|---|---|---|---|---|---|
| Seydler Hill Funeral Home | 1,260.00 | 1,260.00 | | 905.00 | 3,425.00 |
| Shiner Funeral Home | | | | 900.00 | 900.00 |
| Slavik Funeral Home | | | | 1,255.00 | 1,255.00 |
| Texas State Forensic Pathology Center | | | 250.00 | | 250.00 |
| Trevino Funeral Home | | | | 315.90 | 315.90 |
| Valley Ridge Mortuary | | | | 1,039.00 | 1,039.00 |
| Vaughan Funeral Home | | | | 1,123.00 | 1,123.00 |
| Victoria Mortuary | | | | 225.00 | 225.00 |
| Vinyard Funeral Home | | | | 400.00 | 400.00 |
| Wheeler Funeral Home | 470.00 | | | 988.80 | 1,458.80 |
| **TOTAL** | **6,159.40** | **$  9,058.10** | **$  1,010.00** | **$  44,868.80** | **$  61,096.30** |

Monday, Oct 21, 2024 07:43:38 PM GMT-7

# Initiate Business Checking<sup>SM</sup>

September 30, 2024 ■ Page 1 of 6



CROSSROADS MORTUARY SERVICES, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-60028 (STX)
479 WACO CIR
VICTORIA TX 77904-3613

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.

September 30, 2024 ■ Page 2 of 6



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 9/1 | $1,427.81 |
| Deposits/Credits | 14,194.40 |
| Withdrawals/Debits | - 14,601.15 |
| Ending balance on 9/30 | $1,021.06 |

Account number: ████4240
CROSSROADS MORTUARY SERVICES, LLC
DEBTOR IN POSSESSION
CH11 CASE #24-60028 (STX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 9/3 | | ATM Check Deposit on 09/03 1201 N Main St Victoria TX 0004297 ATM ID 3003F Card 9204 | 519.80 | | |
| 9/3 | | Purchase authorized on 08/31 Speedy Stop 115 Victoria TX S464244486483406 Card 9204 | | 40.63 | |
| 9/3 | | Purchase authorized on 09/01 Speedy Stop 115 Victoria TX P000000477036867 Card 9204 | | 56.16 | |
| 9/3 | | Purchase authorized on 09/02 Speedy Stop Vic Victoria TX P000000586019916 Card 9204 | | 35.87 | |
| 9/3 | | Purchase authorized on 09/02 Shell Service Station Cuero TX P464246854093443 Card 9204 | | 54.87 | |
| 9/3 | | Purchase authorized on 09/02 Speedy Stop 115 Victoria TX P000000086316833 Card 9204 | | 41.13 | 1,718.95 |
| 9/4 | | Purchase authorized on 09/03 Rma Toll 833-762-8655 CA S584247705488767 Card 1513 | | 104.96 | |
| 9/4 | | Purchase authorized on 09/03 Speedy Stop 114 Victoria TX P000000189599032 Card 9204 | | 51.38 | |
| 9/4 | 5017 | Deposited OR Cashed Check | | 119.08 | 1,443.53 |
| 9/5 | | Purchase authorized on 09/05 Speedy Stop 115 Victoria TX P000000386488272 Card 9204 | | 42.52 | |
| 9/5 | | Purchase authorized on 09/05 Speedy Stop 115 Victoria TX P000000277476756 Card 9204 | | 39.19 | |
| 9/5 | | Purchase authorized on 09/05 Speedy Stop 114 Victoria TX P000000081620303 Card 1513 | | 31.50 | |
| 9/5 | | Purchase authorized on 09/05 Speedy Stop 114 Victoria TX P000000874215261 Card 1513 | | 23.50 | 1,306.82 |
| 9/6 | | Purchase authorized on 09/06 5 Points Stop Victoria TX P000000184192475 Card 9204 | | 40.81 | 1,266.01 |
| 9/9 | | Purchase authorized on 09/07 Speedy Stop Vic Victoria TX P000000772314832 Card 9204 | | 38.74 | |
| 9/9 | | Purchase authorized on 09/09 Speedy Stop Vic Victoria TX P000000675136504 Card 9204 | | 46.51 | |
| 9/9 | | Purchase authorized on 09/09 Speedy Stop 115 Victoria TX P000000683256848 Card 9204 | | 34.95 | 1,145.81 |
| 9/10 | | ATM Check Deposit on 09/10 1201 N Main St Victoria TX 0005799 ATM ID 3003F Card 9204 | 175.00 | | |
| 9/10 | | Purchase authorized on 09/10 Speedy Stop 115 Victoria TX P000000572652802 Card 9204 | | 45.15 | 1,275.66 |
| 9/11 | | Purchase authorized on 09/11 Speedy Stop 115 Victoria TX P000000581338643 Card 9204 | | 44.86 | 1,230.80 |
| 9/12 | | Purchase authorized on 09/12 Speedy Stop 114 Victoria TX P000000082198613 Card 9204 | | 50.68 | 1,180.12 |

September 30, 2024 ■ Page 3 of 6



## Transaction history*(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/13 | | Deposit Made In A Branch/Store | 2,500.00 | | |
| 9/13 | | Online Transfer From Hauwin Enterprises, Inc. Business Checking xxxxxx9956 Ref #Ib0Pk2Yz6D on 09/13/24 | 2,000.00 | | |
| 9/13 | | Online Transfer From Hauwin Enterprises, Inc. Business Checking xxxxxx9949 Ref #Ib0Pk2Z4MD on 09/13/24 | 2,000.00 | | |
| 9/13 | | Wire Trans Svc Charge - Sequence: 240913115356 Srf# 0007900257716244 Trn#240913115356 Rfb# | | 40.00 | |
| 9/13 | | Purchase authorized on 09/12 Dollartree Victoria TX S584256532748387 Card 9204 | | 3.79 | |
| 9/13 | | Purchase authorized on 09/12 Amazon Prime*Z85Sg Amzn.Com/Bill WA S464257099515410 Card 9204 | | 16.00 | |
| 9/13 | | WT Seq115356 Bamboohr Payroll LLC /Bnf=Bamboohr Payroll LLC Srf# 0007900257716244 Trn#240913115356 Rfb# | | 7,231.48 | |
| 9/13 | | Purchase authorized on 09/13 Speedy Stop 115 Victoria TX P000000189832981 Card 9204 | | 39.81 | 349.04 |
| 9/16 | | ATM Check Deposit on 09/14 1201 N Main St Victoria TX 0006835 ATM ID 3003F Card 9204 | 2,840.00 | | |
| 9/16 | | Purchase authorized on 09/13 Chick-Fil-A #01050 Victoria TX S384257511484570 Card 9204 | | 8.43 | |
| 9/16 | | Purchase authorized on 09/13 Buc-Ee's #17 10070 W I Luling TX P000000580883673 Card 9204 | | 28.51 | |
| 9/16 | | Purchase authorized on 09/14 Lonestar Carwash Victoria TX S464258668270219 Card 9204 | | 10.00 | |
| 9/16 | | Purchase authorized on 09/14 Speedy Stop 114 Victoria TX P000000984062405 Card 9204 | | 52.36 | |
| 9/16 | | Purchase authorized on 09/15 Speedy Stop 115 Victoria TX P000000975922642 Card 9204 | | 36.46 | |
| 9/16 | | Purchase authorized on 09/16 Speedy Stop 114 Victoria TX P000000687321631 Card 9204 | | 7.98 | |
| 9/16 | | Purchase authorized on 09/16 Speedy Stop 115 Victoria TX P000000983377698 Card 9204 | | 43.62 | |
| 9/16 | | Purchase authorized on 09/16 Dollar Tr 3801 Houston Victoria TX P000000180484975 Card 9204 | | 35.18 | |
| 9/16 | 5018 | Check | | 1,500.00 | 1,466.50 |
| 9/17 | | ATM Check Deposit on 09/17 1201 N Main St Victoria TX 0007308 ATM ID 3003F Card 9204 | 630.00 | | |
| 9/17 | | Purchase authorized on 09/17 Speedy Stop 114 Victoria TX P000000172554271 Card 9204 | | 36.77 | 2,059.73 |
| 9/18 | | ATM Check Deposit on 09/18 1201 N Main St Victoria TX 0007651 ATM ID 3003F Card 9204 | 1,095.00 | | |
| 9/18 | | Purchase authorized on 09/17 Speedy Stop 115 Victoria TX S304262030975105 Card 9204 | | 16.75 | 3,137.98 |
| 9/19 | | Purchase authorized on 09/18 Speedy Stop 115 Victoria TX S584263081728956 Card 9204 | | 49.25 | |
| 9/19 | | Purchase authorized on 09/18 Speedy Stop 115 Victoria TX S384263091088395 Card 9204 | | 42.50 | |
| 9/19 | | Purchase authorized on 09/19 Shell Service Station Victoria TX P464263709907543 Card 9204 | | 21.27 | |
| 9/19 | | Zelle to Mayer Sylvia on 09/19 Ref #Rp0Shcv8T6 Interim Comp Payment | | 2,000.00 | 1,024.96 |
| 9/20 | | Recurring Payment authorized on 09/17 Arlo Technologies 408-638-3750 CA S584262157482202 Card 9204 | | 13.85 | |
| 9/20 | | Purchase authorized on 09/19 WM Superc Wal-Mart Sup Victoria TX P000000274528582 Card 9204 | | 112.18 | |
| 9/20 | | Purchase authorized on 09/19 Speedy Stop 114 Victoria TX P000000677102358 Card 9204 | | 40.41 | 858.52 |
| 9/23 | | ATM Check Deposit on 09/23 1201 N Main St Victoria TX 0008650 ATM ID 3003F Card 9204 | 300.00 | | |
| 9/23 | | Recurring Payment authorized on 09/20 4Te*Gexa Energy 866-961-9399 TX S584264513211531 Card 1513 | | 356.79 | |
| 9/23 | | Purchase authorized on 09/21 Speedy Stop 114 Victoria TX P000000372313192 Card 9204 | | 24.32 | |
| 9/23 | | Purchase authorized on 09/21 Speedy Stop Victor Victoria TX S464266021034724 Card 9204 | | 36.05 | |

September 30, 2024 ■ Page 4 of 6



---

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 9/23 | | Purchase authorized on 09/23 Speedy Stop 114 Victoria TX P000000074569382 Card 9204 | | 44.34 | 697.02 |
| 9/24 | | Purchase authorized on 09/24 Speedy Stop 115 Victoria TX P000000287949344 Card 9204 | | 40.78 | |
| 9/24 | | Purchase authorized on 09/24 Speedy Stop Vic Victoria TX P000000386143978 Card 9204 | | 36.37 | 619.87 |
| 9/25 | | ATM Check Deposit on 09/25 1201 N Main St Victoria TX 0008996 ATM ID 3003F Card 9204 | 669.80 | | |
| 9/25 | | ATM Check Deposit on 09/25 1201 N Main St Victoria TX 0008997 ATM ID 3003F Card 9204 | 315.00 | | 1,604.67 |
| 9/26 | | ATM Check Deposit on 09/26 1201 N Main St Victoria TX 0009215 ATM ID 3003F Card 9204 | 519.80 | | |
| 9/26 | | Recurring Payment authorized on 09/24 Optimum 7707 877-794-2724 NY S464268265776529 Card 1513 | | 304.97 | |
| 9/26 | | Purchase authorized on 09/25 Csc Servicework Victoria TX S584269799334837 Card 9204 | | 2.50 | |
| 9/26 | | Purchase authorized on 09/26 Speedy Stop 114 Victoria TX P000000987642216 Card 9204 | | 39.25 | |
| 9/26 | | Purchase authorized on 09/26 Discount Tire - 3904 Hous Victoria TX P464270499580985 Card 9204 | | 29.23 | 1,748.52 |
| 9/27 | | ATM Check Deposit on 09/27 7107 N Navarro St Victoria TX 0005519 ATM ID 6737K Card 9204 | 630.00 | | |
| 9/27 | | Purchase authorized on 09/25 Amazon Mktpl*M809R Amzn.Com/Bill WA S304269668343743 Card 9204 | | 41.61 | |
| 9/27 | | Purchase authorized on 09/26 Csc Servicework Victoria TX S584270476407707 Card 9204 | | 2.50 | |
| 9/27 | | Purchase authorized on 09/27 Speedy Stop 115 Victoria TX P000000775205972 Card 9204 | | 36.77 | 2,297.64 |
| 9/30 | | Purchase authorized on 09/28 Speedy Stop 115 Victoria TX S304273086472716 Card 9204 | | 46.37 | |
| 9/30 | | Purchase authorized on 09/30 Speedy Stop 114 Victoria TX P000000112871145 Card 9204 | | 47.35 | |
| 9/30 | | Purchase authorized on 09/30 Dollar Tr 3801 Houston Victoria TX P000000539085059 Card 9204 | | 55.22 | |
| 9/30 | < | Business to Business ACH Debit - The Hartford Inspmtcl 16636821 Crossroads Mortuary SE | | 1,127.64 | 1,021.06 |
| Ending balance on 9/30 | | | | | 1,021.06 |
| Totals | | | $14,194.40 | $14,601.15 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:   If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written(checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|
| 5017 | 9/4 | 119.08 | 5018 | 9/16 | 1,500.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| | | |
|------|------|------|
| Fee period 09/01/2024 - 09/30/2024 | Standard monthly service fee $10.00 | You paid $0.00 |

September 30, 2024 ■ Page 5 of 6



*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|
| How to avoid the monthly service fee | | |
| Have any ONE of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $1,328.00 ☐+ |
| • Minimum daily balance | $500.00 | $349.04 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 2,500 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 24 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

# ✔ IMPORTANT ACCOUNT INFORMATION

————————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

————————

Updated limits on Overdraft Fees

Effective October 1, 2024, we will no longer assess overdraft fees on items of $10 or less. Additionally, if both your ending daily account balance and available balance are overdrawn by $10 or less after we have processed your transactions, we won't assess an overdraft fee on those items.

————————

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                    TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.  NMLSR ID 399801